## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| TOMMY LEE HARDEMON, ID # 528739,  ) | |
| Petitioner,                                    ) | |
| vs.                                                 ) | No. 3:06-CV-1630-N |
| ) | ECF |
| NATHANIEL QUARTERMAN, Director,  ) | |
| Texas Department of Criminal Justice,   ) | |
| Correctional Institutions Division,         ) | |
| Respondent.                                   ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**SIGNED November 17, 2006.**

_____
**DAVID C. GODBEY**
**UNITED STATES DISTRICT JUDGE**